```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
                                                          ELECTRONICALLY FILED
------------------------------------------------------ X  DOC #:
  UNITED STATES OF AMERICA,                            :  DATE FILED: 11/20/2019
                                                       :
                -against-                              :  19-CR-806 (VEC)
                                                       :
  JOSEPH FREDERICK,                                    :  ORDER
                                                       :
                              Defendant.               :
------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 19, 2019, the Government and Defendant appeared for a conference with this Court; and

WHEREAS at the November 19, 2019 conference, the Court arraigned Defendant on the Indictment (Dkt. 4), and Defendant entered a plea of not guilty;

IT IS HEREBY ORDERED THAT:

1. All pretrial motions (except motions *in limine*) are due **December 13, 2019**. Responses are due **January 10, 2020**. Replies are due **January 24, 2020**. If pretrial motions are filed, the schedule set in paragraphs 2-5 will be adjourned and a hearing on the pretrial motions will be held on **February 13, 2020 at 10 a.m.**

2. Motions *in limine* are due **December 19, 2019**. Responses are due January 3, 2020. There will be no replies on the motions *in limine*.

3. Requests to charge and proposed voir dire questions are due **January 3, 2020**. The parties should submit only voir dire questions that are unique to this case.

4. The Court will hold a final pretrial conference on **January 9, 2020, at 2:30 p.m.**

5. Jury selection and trial will begin on **January 13, 2020 at 10:00 a.m.**, Courtroom 443, Thurgood Marshall U.S. Courthouse.

**SO ORDERED.**

Date: November 20, 2019      **VALERIE CAPRONI**
      New York, NY           **United States District Judge**