UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2019

------------------------------------------------------------ X

UNITED STATES OF AMERICA :
:
     -against- :
:        19-CR-806 (VEC)
:
JOSEPH FREDERICK, :          ORDER
:
           Defendant. :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

     WHEREAS on December 30, 2019, the parties requested a hearing for a change of plea

with this Court;

     IT IS HEREBY ORDERED THAT the parties must appear for a hearing on **January 14,**

**2020 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.

**SO ORDERED.**

**Dated: December 30, 2019**
     **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**