**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

March 2, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: United States v. Joseph Fredrick
    19 Cr 806 (VEC)

Dear Judge Caproni:

I write to with the consent of the Government to request that the Court adjourn Mr. Fredrick's sentencing currently scheduled for March 17, 2020. The Probation office has not yet furnished a Presentence Report, which the defense needs to prepare its sentencing letter. The parties suggest one of the following dates: March 30, 31; April 2, 7, 8, 10, 13, 14, 17.

Respectfully submitted,

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733
ian_marcus_amelkin@fd.org

cc: Dominic Gentile, Esq.
    Assistant U.S. Attorney

Application GRANTED.   SO ORDERED.

Sentencing is adjourned to **April 13, 2020, at 2:00 p.m.**

3/3/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE