**MEMO ENDORSED**



**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 18, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

Re:   **United States v. Joseph Frederick**
      19 Cr 806 (VEC)

Dear Judge Caproni:

     I write with the consent of the Government to request an adjournment of Mr. Frederick's sentencing currently scheduled for April 15, 2020 for at least 30 days. In light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19 and the need to review the final Presentence Report, which we have not yet received, this adjournment is appropriate. Thank you for your consideration and please stay safe during this trying time.

Application GRANTED.  Sentencing is adjourned to **May 12, 2020, at 2:00 p.m.**  The parties' sentencing submissions are due no later than **April 28, 2020**.

SO ORDERED.

*/s/ Valerie Caproni*
3/19/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733