```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA                                       :
                                                               :
         -against-                                             :
                                                               :     19-CR-806 (VEC)
                                                               :
JOSEPH FREDERICK,                                              :     ORDER
                                                               :
                              Defendant.                       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS a sentencing hearing is scheduled for May 12, 2020;

   IT IS HEREBY ORDERED that sentencing is adjourned to **May 19, 2020, at 10:30 a.m.** to accommodate limited courthouse and BOP operations resulting from the public health crisis.

   Sentencing will be held via videoconference. Defense counsel must notify the Court no later than **May 6, 2020**, whether counsel wishes to have a 15-minute telephone call with Defendant immediately before the hearing and, if so, provide a number to the Court at which counsel can be reached. To optimize use of the Court's video conferencing technology, all participants in the call must:

   i.    Use a browser other than Microsoft Explorer to access Court Call;
   ii.   Position the participant's device as close to the WiFi router as is feasible;
   iii.  Ensure any others in the participant's household are not using WiFi during the period of the call;
   iv.   Unless the participant is participating only via audio, connect to the audio portion of the videoconference by having Court Call call the participant;
   v.    If there is ambient noise, the participant must mute his or her device when not speaking.

**SO ORDERED.**

**Dated: May 4, 2020**
       **New York, NY**

                                                               _____
                                                               **VALERIE CAPRONI**
                                                               **United States District Judge**